HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIA L. MILES, et al., | CASE NO. C11-5773 RBL |
| Plaintiffs, | ORDER |
| v. | |
| JAYDE A LOVELAND, | |
| Defendant. | |

Jon Paffenroth, appearing pro se, has filed an Answer and Cross Claim on behalf of Truck, LLC. A corporation may appear in federal court only through licensed counsel. *Rowland v. California Men's Colony,* 506 U.S. 194(1993); *see also* 28 U.S.C. § 1654.

Accordingly, it is hereby ORDERED that defendant Truck, LLC shall retain counsel within 60 days of the entry of this order. It cannot be represented by a shareholder appearing pro se.

Dated this 26th day of September, 2012.

Ronald B. Leighton
United States District Judge

ORDER - 1